SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic mail: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY,
SHERIFF WARREN E. RUPF,
and DEPUTY SHERIFF
GABRIELRODRIGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE THOMAS HAWKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　　　Defendants | No.  C 08 - 03670 SBA<br><br>STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF FOR DEPOSITION OF PLAINTIFF |

　　　　1. The fact discovery cut off under the present case management schedule in this action is June 5, 2009.

　　　　2. Defendant began the deposition of the plaintiff in this action on March 16, 2009. The deposition was not completed on that day, and the parties agreed to resume the deposition at a later convenient date.  Plaintiff has taken the depositions of defendant Gabriel Rodrigues and Sheriff's deputy James Argo.  Numerous medical records have been produced in response to defendants' subpoenas, and additional depositions will be taken by plaintiff and defendants

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF FOR DEPOSITION OF PLAINTIFF - C 08-03670 SBA

before the fact discovery cut off expires.

3. Following ENE in this case, the parties continued settlement discussions and a tentative settlement agreement was reached on or around April 23, 2009. While those negotiations were ongoing, defendants noticed the continued deposition of plaintiff, to be held on May 12, 2009. Unfortunately, the settlement could not be concluded, and plaintiff notified defendant of that fact on May 7, 2009.

4. On May 8, 2009, plaintiff's counsel informed defendants' counsel that plaintiff. Hawkins was hospitalized at the Loma Linda University medical center at Loma Linda, California for a pulmonary heart condition, and would not appear for deposition on May 12 as noticed. On May 11, 2009 plaintiff's counsel provided written confirmation of plaintiff's medical condition in the form of an appointment record for echocardiogram to take place on May 13, 2009. The plaintiff did not appear for his deposition on May 12, 2009, because of his medical condition. As of the date this stipulation is filed, plaintiff continues to be unavailable for deposition owing to his medical condition, and plaintiff's counsel has not determined when plaintiff will be well enough to sit for his deposition.

5. As an alternative to defendants' filing a motion to compel plaintiff to appear for deposition as noticed, the parties submit this stipulation and order allowing plaintiff's deposition to be completed outside the present fact discovery cut off, and allowing further subpoenas for records in the event plaintiff reveals additional medical treatment not previously disclosed in this action. The parties request the court allow an additional 30 days in which to complete plaintiff's deposition and initiate any necessary unforeseen third-party record subpoenas.

SO STIPULATED.

(Signatures and proposed order on following page.)

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF FOR DEPOSITION OF PLAINTIFF - C 08-03670 SBA

|  |  |
|---|---|
|  | SILVANO B. MARCHESI<br>COUNTY COUNSEL |
| DATE: May 15, 2009 |  |
|  | By:_____<br>BERNARD KNAPP<br>Deputy County Counsel<br>Attorneys for Defendants<br>CONTRA COSTA COUNTY,<br>SHERIFF WARREN E. RUPF and<br>DEPUTY SHERIFF GABRIEL<br>RODRIGUES |
| DATE: May \_\_, 2009 | LAW OFFICE OF DAVID C. ANDERSON |
|  | By:_____<br>DAVID C. ANDERSON<br>Attorneys for Plaintiff<br>NEVILLE THOMAS HAWKINS |

ORDER

Good cause appearing from the above stipulation of counsel, IT IS ORDERED that the discovery cut off applicable to the continued deposition of plaintiff and initiation of any necessary third-party record subpoenas based on information learned at that deposition is extended to and including July 3, 2009.

DATE: 5/19/09

_____
Saundra Brown Armstrong
United States District Judge

STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF FOR DEPOSITION OF PLAINTIFF - C 08-03670 SBA

3