SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic mail: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY,
SHERIFF WARREN E. RUPF,
DEPUTY SHERIFF RODRIGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE THOMAS HAWKINS,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CALIFORNIA; SHERIFF WARREN E. RUPF, individually and in his official capacity as the Sheriff of Contra Costa County; DEPUTY SHERIFF RODRIGUES, individually and in his official capacity as a Deputy Sheriff; and DOES 1 through 100, inclusive.<br><br>       Defendants. | No.  CV 08 - 3670 SBA<br><br>STIPULATION AND ORDER TO DISMISS<br><br>F.R.Civ.P. 41(a)(1)(ii) |

     The parties have arrived at a mutually agreeable resolution of this action, and hereby stipulate and request the action be dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1)(ii).

SO STIPULATED:

STIPULATION AND ORDER TO DISMISS - CV 08-3670 SBA    1

| | | |
|---|---|---|
| 1 | Date: | SILVANO B. MARCHESI |
| 2 | | County Counsel |
| 3 | | |
| | | By:_____ |
| 4 | | Bernard Knapp |
| | | Deputy County Counsel |
| 5 | | Attorneys for Defendants |
| | | CONTRA COSTA COUNTY, CONTRA COSTA |
| 6 | | COUNTY SHERIFF'S DEPT., and GABRIEL |
| | | RODRIGUES |
| 7 | | |
| 8 | Date: | LAW OFFICE OF DAVID C. ANDERSON |
| 9 | | |
| 10 | | By:_____ |
| | | David C. Anderson |
| 11 | | Attorneys for Plaintiff |
| | | NEVILLE THOMAS HAWKINS |

SO ORDERED.

Date:  6/1/09

_____
Saundra Brown Armstrong
United States District Judge

STIPULATION AND ORDER TO DISMISS - CV 08-3670 SBA       2